IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    Plaintiff,        Criminal No. 17-243
                ELECTRONICALLY FILED
  v.

JAMES W. JOHNSON,

    Defendant.

**<u>ORDER OF COURT</u>**

Pursuant to 28 U.S.C. 455(a), this Court hereby recuses itself as to all matters of the above-captioned case and requests that this case be assigned to another member of the Court. (see doc. no. 241 at 2:07cr0298)

        SO ORDERED this 16TH day of November, 2017.

        <u>s/Arthur J. Schwab     </u>
        Arthur J. Schwab
        United States District Judge

cc:  All counsel of record