IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 17-243 |
| | ) |
| JAMES WELDON JOHNSON | ) |

## ORDER OF COURT

AND NOW, to-wit, this 19TH day of February, 2019, upon consideration of the within Motion to Preserve Law Enforcement's Rough Notes, it is hereby ORDERED, that the Motion is granted to the extent that the Government shall direct the involved law enforcement officers to retain and preserve all "investigative rough notes."

Mark R. Hornak
United States District Judge